**Order issued August 18, 2016**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-15-01079-CV

_____

**HORIZON POOLS & LANDSCAPES, INC. AND CURT OLMSTEAD,
Appellants**

**V.**

**NELSON SUCARICHI, Appellee**

---

**On Appeal from the 412th Judicial District Court
Brazoria County, Texas
Trial Court Case No. 81251-CV**

---

### MEMORANDUM ORDER

Appellant Curt Olmstead has filed an unopposed motion to dismiss his individual appeal. We grant the motion and dismiss the appeal filed by Curt Olmstead. *See* TEX. R. APP. P. 42.1(a)(1). The appeal of Horizon Pools & Landscapes, Inc. remains pending.

# PER CURIAM

Panel consists of Justices Bland, Massengale, and Lloyd.